UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. S1-4:07CR00184 ERW (AGF) |
| | ) |
| GREGORY GRIGGS, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This matter is before the Court on Defendant Gregory Griggs' Motion to Continue the August 28, 2007 hearing [Doc. #287], filed on August 17, 2007. Inasmuch as it appears that the motions filed by Defendant Griggs scheduled for hearing that day are not evidentiary motions, the Court shall grant Defendant's request, subject to the condition that Defendant will be available for the hearing on Tuesday, September 4, 2007, at 9:00 a.m.

The Court reminds Defendant that the hearings scheduled in this 20-defendants case for the week of August 27 were scheduled at a status conference on July 2, 2007. The hearings were scheduled for that week based on the representation of defense counsel that they were available on those dates, and the Court advised counsel the dates would not be changed absent defendants obtaining a continuance of the trial date. Any further continuation beyond September 4, 2007 shall not be granted absent a continuation of the trial date.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the August 28, 2007 hearing [Doc. #287] is **GRANTED**, conditioned on Defendant's appearance for said hearing no later than September 4, 2007. The hearing on pretrial motions with respect to Defendant **Gregory Griggs only** shall be continued to **September 4, 2007, at 9:00 a.m.**

                                                        _____
                                                        AUDREY G. FLEISSIG
                                                        UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of August, 2007.